

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00190-CR
### NO. 02-18-00191-CR

JESSE VASQUEZ SANCHEZ                                         APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

### FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NOS. 1524675D, 1524677D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jesse Vasquez Sanchez attempts to appeal his convictions for theft under $2,500 with prior convictions and possession of less than one gram of methamphetamine. Each of the trial court's certifications states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On May 2, 2018, we notified Sanchez that we would dismiss these

---

[1]*See* Tex. R. App. P. 47.4.

appeals pursuant to the trial court's certifications unless he or any party desiring to continue the appeals filed a response by May 14, 2018, showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. We received no response. Therefore, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 7, 2018

2